# Court of Appeals
# of the State of Georgia

ATLANTA,  May 22, 2019

*The Court of Appeals hereby passes the following order:*

**A19E0051.  BRADDOCK v. BRADDOCK et al.**

Upon consideration of applicant's Motion to Extend Time to File Application for Discretionary Appeal, the same is hereby GRANTED. Applicant shall have until June 10, 2019 to file his application.



*Court of Appeals of the State of Georgia*
*Clerk's Office, Atlanta,  05/22/2019*
*I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*
*Witness my signature and the seal of said court hereto affixed the day and year last above written.*



_____ *, Clerk.*